#60490

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN OHIO

In Re: ) Case No. 02-64407-RK
)
AUTO MUFFLER WAREHOUSE, INC. ) Chapter 7
)
Debtor(s). ) Judge: KENDIG
)
)

## TRANSMITTAL OF UNCLAIMED FUNDS

ANNE PIERO SILAGY, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

Emeritus Communications
16675 Addison Rd
Addison, Texas 75001
Claim No. 4 - $594.85
Dividend Paid - $42.72

Ameritech Corp.
P.O. Box 981268
West Sacramento, CA 95798
Claim No. 5 - $857.55
Dividend Paid - $61.58

2. Your trustee's check for $104.30 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: January 22, 2010

ANNE PIERO SILAGY, Trustee
220 Market Ave South
Suite 900
Canton, OH 44702
(330) 456-0900

cc: United States Trustee